St. Louis County entered in favor of respondents, Miguel M. Ollada and Yvonne Lemay Ollada, on respondent's, David M. Korum's,[1] interpleader action insofar as the court held Miguel M.

Ollada and Yvonne Lemay Ollada were entitled to the interpleaded funds. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. As no jurisprudential purpose would be served by a written opinion, we affirm the judgment pursuant to Rule 84.16(b).

*ORDER*

PER CURIAM.

Licensee appeals judgment after a trial de novo of a driver's license administrative suspension for operating a motor vehicle with a .10% or greater blood alcohol content. The sole issue is whether Director of Revenue offered evidence to support a finding the testing officer was a type III permit holder as required by department of health regulations and *Sellenriek v. Director of Revenue,* 826 S.W.2d 338, 340–341 (Mo. banc 1992). Exhibit B was admitted over a general hearsay objection. It included an operational checklist which was prepared by the testing officer and included his permit number and future expiration date. The exhibit was admissible, section 490.680 RSMo 1994, and sufficient to meet Director of Revenue's burden of proof. An extended opinion would have no precedential value.

We affirm. Rule 84.16(b).

■

**David L. CROSBY, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

No. 73388.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 21, 1998.

Frank J. Niesen, Jr, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nadia Termanini, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT R. DOWD, Jr., C.J., and PUDLOWSKI and KAROHL, JJ.

1. David M. Korum is not a party to this appeal.

■

**Eddie MONTAGUE, Appellant,**

v.

**METROPOLITAN BOARD OF POLICE COMMISSIONERS, et al.,
Respondents.**

No. 73627.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 21, 1998.

Richard L. Swatek, St.Louis, for appellant.

Priscilla F. Gunn, St. Louis, for respondents.